2610.   PIERCE v. SOUTHERN RAILWAY COMPANY.

HILL, C. J.   1. While the standard of care required of children is "due care" according to age and capacity, it is not reversible error, in a clear case, for the court to instruct the jury, where the injured child was fifteen years old at the time of the injury, that if the child, by the exercise of "ordinary care," 'could' have avoided the consequences of the defendant's negligence, there could be no recovery.   It is hardly probable that the jury was misled by the rather shadowy distinction between "due care" and "ordinary care," or thought that "ordinary care" in the, case was a higher measure of prudence than "due care."

2. The foregoing instruction is the only error of law complained of, and the evidence supports the verdict. ·

                                                    *Judgment affirmed.*

                    DECIDED NOVEMBER 29, 1910.

Action for damages; from city court of Floyd county—Judge Hamilton.   April '1, 1910.

*M. B. Eubanks, W. B. Mebane,* for plaintiff.

*Maddox, McCamy & Shumate, George A. H. Harris & Son,* for defendant.

---

2700.   HOWARD PIANO COMPANY v. BROWN.

HILL, C. J.   1. There was no error in overruling the motion to strike certain parts of the answer. ·

2. The grounds of the motion for new trial depend upon a consideration of the evidence, and what purports to be a brief of the oral evidence is interspersed with objections to testimony and rulings of the court thereon, and there is no effort whatever to brief the documentary evidence.   These grounds of error will not be considered, and the judgment of the trial court will be affirmed.   Civil Code of 1895, § 5488; *Albany & Northern Ry. Co.* v. *Wheeler,* 6 *Ga. App.* 270 (64 S. E.· 1114); *Wright* v. *State,* 3 *Ga. App.* 663 (60 S. E. '329); *Hathcock* v. *McGouirk,* 119 *Ga.* 980 (47 S. E. 563). ·                                    *Judgment affirmed.*

                    DECIDED NOVEMBER 29, 1910.

Attachment; from city court of Covington—Judge Whaley. May 14, 1910. ·                    ·

*C. B. Rosser Jr.,* for plaintiff.   *A. D. Meador,* for defendant.